IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

COREY BOYCE,

    Plaintiff,

v.

STEVE PALMA, et al.

    Defendants.

Civil Action
No. 18-10259 (JBS-KMW)

**MEMORANDUM OPINION**

**SIMANDLE, District Judge**

1. On June 6, 2018, Plaintiff Corey Boyce submitted a civil complaint alleging violations of his rights under the Fourth Amendment, and thereby violations under 42 U.S.C. § 1983, while he was a pretrial detainee at the Camden County Correctional Facility on August 8, 2017. [Docket Item 1.]

2. Mail sent to Plaintiff at his listed address was returned as undeliverable on March 18, 2019. [Docket Item 4.]

3. Local Civil Rule 10.1(a) requires unrepresented parties to notify the Court of any change in address within seven days of becoming aware of such a change. The Rule further provides that, failure to file such notice "may result in the imposition of sanctions by the Court." Id. Indeed, failure to apprise the Court of an address change may result in the outright dismissal of the case for failure to proceed, or an administrative termination of the action without prejudice. See, e.g., Boretsky v. Corzine, No.

08-2265, 2008 WL 2512916 (D.N.J. June 23, 2008); Allebach v. Cathell, No. 06-5005, 2009 WL 2147145 (D.N.J. July 15, 2009).

4. As the Court does not have a current address for Plaintiff, the matter cannot proceed at this time. The Court will therefore administratively terminate the proceedings without prejudice to Plaintiff's right to reinstate this action by notifying the Court of his address within 30 days.

5. Failure to provide an updated address within 30 days of the date of this Order may result in the matter being dismissed for lack of prosecution.

6. An appropriate Order follows.

June 25, 2019
Date

for Noel L. Hillman, USDJ
JEROME B. SIMANDLE
U.S. District Judge